FILED
U.S. DISTRICT COURT
B_____ DIV.
2010 DEC 14 PM 3:0_
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SCOTT WALKER,

    Plaintiff,

vs.

                       CIVIL ACTION NO.: CV610-088

UNNAMED DEFENDANT,

    Defendant.

## MAGISTRATE JUDGE'S ORDER and REPORT AND RECOMMENDATION

Plaintiff, who is currently incarcerated at Hays State Prison in Trion, Georgia, submitted a blank complaint form for the filing of a complaint pursuant to 42 U.S.C. § 1983, along with several documents. These papers were docketed as a prisoner civil rights action by the Clerk of Court in the Northern District of Georgia. This case was transferred to this Court, as it appeared that Plaintiff's "complaint" stemmed from events occurring at Smith State Prison in Glennville, Georgia. However, Plaintiff fails to name any individual as a Defendant, and he has not set forth any assertions on this complaint form. See L.R. 4.1. Rather, Plaintiff has submitted a large stack of documents, such as his Inventory Sheet from Hays State Prison, Witness Statements, and Prison Request Forms. Any allegations the Court could glean from these documents reveal that Plaintiff's potential claims are unrelated to one another. FED. R. CIV. P. 20(a) ("A plaintiff

may not join unrelated claims and various defendants unless the claims 'arise out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action.'"). Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED**. This cause of action should be **DISMISSED**, without prejudice.

**SO ORDERED** and **REPORTED** and **RECOMMENDED**, this 14th day of December, 2010.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)