FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 JAN 10 PM 1:56
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

SCOTT WALKER,

    Plaintiff,

vs.

UNNAMED DEFENDANT,

    Defendant.

CIVIL ACTION NO.: CV610-088

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 10th day of January, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)